UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 07 B 16656
  VERONICA WRIGHT
                                        CHAPTER 13

                                        JUDGE: BRUCE W BLACK
        Debtor
  SSN XXX-XX-9429
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/13/07 .

   2.  The case was dismissed without confirmation, 01/18/2008.

   3.  The Debtor paid a total of $     615.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS TITLE LOANS | SECURED VEHIC | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | .00 | .00 | 587.32 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| H & R ACCOUNTS | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| SHARON KALUZA | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | NOT FILED | .00 | .00 |
| USA FUNDS | UNSECURED | NOT FILED | .00 | .00 |

   Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 587.32 | .00 | .00 | .00 | 587.32 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 587.32 | .00 | .00 | .00 | 587.32 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $   3500.00
and was paid $     57.00 direct and $       .00 through the plan.

The Trustee received $     27.68 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 04/16/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```